**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---

BRANDON DOBSON,                          Civ. No. 20-5519 (NLH)

            Petitioner,              **MEMORANDUM OPINION & ORDER**

     v.

WARDEN,

            Respondent.

---

<u>**APPEARANCES**</u>:

Brandon Dobson
76569-061
FCI Fort Dix
Inmate Mail/Parcels
East: P.O. Box 2000
Fort Dix, NJ 08640

     Petitioner <u>Pro</u> <u>Se</u>

<u>**HILLMAN**</u>**, District Judge**

     WHEREAS, Movant Sonya Dobson filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 on behalf of Brandon Dobson asking for his release due to the COVID-19 pandemic, <u>see</u> ECF No. 1; and

     WHEREAS, the Court dismissed the next friend petition for lack of standing on May 19, 2020, <u>see</u> ECF No. 5; and

     WHEREAS, Petitioner now moves to reopen this matter and proceed on his own behalf in an amended petition, <u>see</u> ECF No. 6,

IT IS on this ___15th___ day of June, 2020

ORDERED that the Clerk shall reopen this matter and dismiss Movant Sonya Dobson from the proceedings; and it is further

ORDERED that the Clerk shall serve a copy of the Amended Petition, ECF No. 6, and this Order upon Respondent by regular mail, with all costs of service advanced by the United States; and it is further

ORDERED that the Clerk shall forward a copy of the Amended Petition and this Order to the Chief, Civil Division, United States Attorney's Office, at the following email address: USANJ-HabeasCases@usdoj.gov; and it is further

ORDERED that as promptly as possible under circumstances, and **at least within seven (7) days** of the date of the entry of this Order, Respondent shall file and serve an Answer which responds to the allegations and grounds in the Amended Petition and which includes all affirmative defenses Respondent seeks to invoke; and it is further

ORDERED that Respondent shall file and serve with the Answer certified copies of all documents necessary to resolve Petitioner's claims and affirmative defenses; and it is further

ORDERED that Petitioner may file a response to the answer within 14 days of receipt; and it is finally

ORDERED that the Clerk of the Court shall send a copy of this Order to Petitioner by regular mail.


_____s/ Noel L. Hillman_____

At Camden, New Jersey               NOEL L. HILLMAN, U.S.D.J.